UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Leave to file GRANTED
TIMOTHY J. KELLY  4/7/22
United States District Judge

Edwin Pawlowski          :
Plaintiff

v.                       :          Civil Action No. 19-3740 (TJK)

United States of         :
America
Defendant

## PETITIONER'S NOTICE OF CHANGE OF ADDRESS

**COME NOW**, Edwin Pawlowski, Plaintiff, petitioner in the above mentioned civil case Number 19-3740 (TJK), and respectfully informs this Honorable Court of his change of address,

PRIOR ADDRESS
 Edwin Pawlowski
 FCI Danbury
 33 1/2 Pembroke Road
 Danbury, CT 06811

PRESENT ADDRESS
 Edwin Pawlowski
 76166-066
 Federal Prison Camp
 P.O. Box 1000
 Cumberland, MD 21501

Respectfully Submitted

Edwin Pawlowski, ProSe
April 3, 2022